■ ANTHONY M. CONIGLIO et al., Appellants, v THE ANDERSONS, INC., et al., Defendants, and TRANSCO RAILWAY PRODUCTS, INC., Respondent. [893 NYS2d 787]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered March 6, 2009 in a personal injury action. The order granted the motion of defendant Transco Railway Products, Inc. for summary judgment dismissing the amended complaint against it.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at

Supreme Court. Present—Scudder, P.J., Centra, Carni and Pine, JJ.